IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENT MURPHY                                                                                           PLAINTIFF

vs.                                         Civil No. 2:12-cv-02006

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Defendant's Motion to Dismiss for Lack of Prosecution. ECF No. 6. With this Motion, Defendant seeks to dismiss Plaintiff's action because he did not comply with the scheduling order entered by this Court. *Id.* In this matter, however, Plaintiff is proceeding *pro se*, and he has represented to this Court that he did not receive notification of the scheduling order in this case. Giving the benefit of the doubt to Plaintiff, this Court finds his case should not be dismissed for a failure to comply with this order, and this Court recommends this Motion (ECF No. 6) be **DENIED.** Further, if this report and recommendation is adopted, this Court recommends Plaintiff's deadline for filing his appeal brief be changed to **September 28, 2012.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 28th day of August 2012.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE