IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENT MURPHY                                                                      PLAINTIFF

v.                                    Case No. 2:12-CV-02006

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 7) dated August 28, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**, with the only exception being that Plaintiff's deadline for filing his appeal brief will be extended to **October 12, 2012**.  Accordingly, Defendant's Motion to Dismiss for Lack of Prosecution (Doc. 6) is DENIED, and Plaintiff's deadline for filing his appeal is now October 12, 2012.

IT IS SO ORDERED this 26th day of September, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE