IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENT MURPHY                                                                                                         PLAINTIFF

v.                                              Case No. 2:12-CV-02006

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                          DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 15) filed in this case on October 26, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Neither party has filed objections to the Report and Recommendation, and the time period for filing objections has passed.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 5th day of December, 2012.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE